# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0230-S |
| | § | |
| THOMAS GERALD O'DONNELL (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the request for revocation of Defendant's Supervised Release [ECF No. 46] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Thomas Gerald O'Donnell's term of supervised release. *See* Order, ECF No. 55. The Court has received the Amended Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") pursuant to its Order. *See* ECF 61. Defendant waived his right to object to the Recommendation and allocute before the district judge. *See id.*; Consent to Proceed Before the United States Magistrate Judge, ECF No. 59. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **seven (7) months,** with credit for time served in federal custody prior to revocation, and a term of **twenty-nine (29) months** of supervised release to follow, subject to the additional conditions included in the Recommendation.

This additional term of imprisonment shall run concurrently with the sentence imposed in Case No. 3:19-CR-560-S.

**SO ORDERED.**

SIGNED July 31, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**