# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0230-S |
| | § | CRIMINAL ACTION NO. 3:19-CR-0560-S |
| THOMAS GERALD O'DONNELL | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the First Amended Petition for Person Under Supervision to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Thomas Gerald O'Donnell's term of supervised release. Electronic Order, *United States v. O'Donnell*, No. 3:19-CR-0230-S (N.D. Tex. June 18, 2026), ECF No. 75; Electronic Order, *United States v. O'Donnell*, No. 3:19-CR-0560-S (N.D. Tex. June 18, 2026), ECF No. 113. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") and Defendant's Waiver of Right to Object pursuant to its Order. *See United States v. O'Donnell*, No. 3:19-CR-0230-S (N.D. Tex. Aug. 11, 2026), ECF No. 87; *United States v. O'Donnell*, No. 3:19-CR-0560-S (N.D. Tex. Aug. 11, 2026), ECF No. 125. Defendant waived his right to object to the Recommendation. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a term of imprisonment of **ten months** in Case No. 3:19-CR-0230-S-1, with **no additional** term of

supervised release, and **ten months** in Case No. 3:19-CR-0560-S-1, with a further term of **12 months** supervised release reimposed. These sentences shall run concurrently with each other.

**SO ORDERED.**

SIGNED August 14, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**